UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY BERRYMAN, | ) Case No. CV 05-7544 JC |
| Plaintiff, | ) |
| v. | ) ORDER RE STIPULATION TO ) DISMISS WITH PREJUDICE |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

On May 9, 2006, the parties filed a Stipulation to Dismissal With Prejudice ("the Stipulation"), in which the parties stated their agreement that the above-captioned matter should be dismissed with prejudice, with each side to bear his/her own costs and expenses, including but not limited to attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Based upon the Stipulation, and in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each side to bear his/her own costs and expenses,

///
///
///
///

1

1  including but not limited to attorney's fees under the Equal Access to Justice Act,
2  28 U.S.C. § 2412(d).
3      IT IS SO ORDERED.
4  DATED:   May 10, 2006

                                          /S/
                          JACQUELINE CHOOLJIAN
                          UNITED STATES MAGISTRATE JUDGE